IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES,

    Plaintiff,

v.                                                                                          Civil Action No. 5:08-cv-3

GEORGE S. SEGAL, et al.,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Michael J. Salem, it is

**ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby,

**APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

Date: January 9, 2008

_____
UNITED STATES DISTRICT JUDGE